UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JACOB MEEKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:14CV117 AGF |
| | ) | |
| JENNIFER SACHSE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's petition for writ of habeas corpus. Petitioner, a Missouri inmate, challenges the Missouri Department of Corrections' appropriation of good time credits to his sentence under Mo. Rev. Stat. § 558.041.

A federal court does not have jurisdiction to issue a writ of habeas corpus to a person in state custody unless the inmate "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3); 28 U.S.C. § 2254(a). The instant petition challenges the manner that his sentence is being executed under state law. As a result, Petitioner's claim for relief is non-cognizable, and this Court lacks jurisdiction to grant the petition.

Finally, Petitioner has failed to demonstrate that jurists of reason would find it debatable whether his claims are cognizable. Thus, the Court will not issue a certificate of appealability. 28 U.S.C. ' 2253(c).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate Order of Dismissal will be filed forthwith.

Dated this 13th day of February, 2014.

                                                                */s/ Audrey G. Fleissig*
                                                              AUDREY G. FLEISSIG
                                                              UNITED STATES DISTRICT JUDGE